1

2
Honorable Jamal N. Whitehead

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
NORTHWEST CARPENTERS HEALTH AND
SECURITY TRUST; NORTHWEST

10
CARPENTERS RETIREMENT TRUST;
NORTHWEST CARPENTERS INDIVIDUAL

11
ACCOUNT PENSION TRUST; NORTHWEST
CARPENTERS VACATION TRUST; and

12
CARPENTERS-EMPLOYERS
APPRENTICESHIP AND TRAINING TRUST

13
FUND OF WASHINGTON-IDAHO,

14
          Plaintiffs,
     v.

15

16
GREYROCK DRILLING & PILEDRIVING LLC,
a Washington limited liability company,

17
          Defendant,

18
PACIFIC PREMIER BANK, N.A.,

19
          Garnishee.

Case No. 2:24-mc-00088-JNW

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE'S
ANSWER AND ORDER TO PAY

20
**JUDGMENT SUMMARY**

21
Judgment Creditors:                    Northwest Carpenters Health and Security
                                       Trust; Northwest Carpenters Retirement Trust;

22
                                       Northwest Carpenters Individual Account
                                       Pension Trust; Northwest Carpenters Vacation

23
                                       Trust; and Carpenters-Employers

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1    Apprenticeship and Training Trust Fund of
     Washington-Idaho
2
     Garnishment Judgment Debtor (Garnishee):    Pacific Premier Bank, N.A.
3
     Garnishment Judgment Amount:                $26,575.58
4
     Judgments to Bear Interest at:              12%
5
     Attorneys for Judgment Creditors:           Jeffrey G. Maxwell, Esq.
6                                                Barlow Coughran Morales & Josephson, P.S.
                                                 1325 Fourth Avenue, Suite 910
7                                                Seattle, Washington 98101

8        Based on the evidence before the Court, the Court finds that at the time the Writ of

9    Garnishment was issued, Garnishee Defendant Pacific Premier Bank, N.A. was in possession of

10   $26,575.58 in non-exempt funds belonging to Defendant/Judgment Debtor Greyrock Drilling &

11   Piledriving LLC.  The Court also finds that Plaintiffs have incurred $387.50 in recoverable costs

12   and attorney fees.

13       Based on the above findings by the Court, it is ORDERED, ADJUDGED, AND

14   DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Pacific Premier

15   Bank, N.A. in the amount of $26,575.58; that Garnishee Defendant shall pay its judgment amount

16   to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee Defendant of

17   the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the

18   Registry of the Court in the principal amount of $26,575.58; and that, upon receipt and deposit of

19   the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds

20   deposited in the Registry of the court in the principal amount of $26,575.58, payable to Barlow

21   Coughran Morales & Josephson, P.S., in trust For the Northwest Carpenters Trusts and mail or

22   deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue, Suite 910,

23   Seattle, Washington 98101.  Plaintiffs are directed to first satisfy the $387.50 in recoverable costs,

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S
ANSWER AND ORDER TO PAY – 2
2:24-mc-00088-JNW

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1    as listed on the writ of garnishment (Dkt. #4), prior to applying garnishment proceeds to the

2    underlying judgment balance.  Garnishee Defendant is advised that the failure to pay the judgment

3    amount may result in execution of the judgment, including garnishment.

4         Dated: April 21, 2025.

5

6                                    Honorable Jamal N. Whitehead
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S
ANSWER AND ORDER TO PAY – 3
2:24-mc-00088-JNW